JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ROBERT G. ALCARAZ,<br><br>　　　　Plaintiffs and Counterclaim Defendant,<br><br>vs.<br><br>AEGIS ASSESSMENTS, INC., a Delaware corporation,<br><br>　　　　Defendant and Counterclaim Plaintiff. | CASE NO. SACV 07-375 JVS (ANx)<br><br>**Judgment** |

This action came before the Court on February 14, 2008, before the Honorable James V. Selna in Department C on Plaintiff's Motion to Strike and Enter Default Judgment. Plaintiff ROBERT G. ALCARAZ appeared by Patrick E. Turner, Esq. of Patrick E. Turner Inc., APLC. Defendant AEGIS ASSESSMENTS did not appear and did not oppose the motion. Accordingly, the Court granted Plaintiff Alcaraz' Motion to Strike Defendant's Answer and Counterclaim and Enter Default Judgment.

NOW, THEREFORE, IT IS ORDERED AND ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff ROBERT G. ALCARAZ and against AEGIS ASSESSMENTS INCORPORATED, as follows:

1. Plaintiff ROBERT G. ALCARAZ is awarded judgment in the amount of $1,041,996, an amount identified as liquidated damages.
2. Plaintiff's counsel, Patrick E. Turner Inc., APLC is awarded the unsatisfied lien amount of $33,779.50.
3. Plaintiff ROBERT G. ALCARAZ is awarded reasonable attorney's fees in the amount of $20,025.00.
4. Plaintiff ROBERT G. ALCARAZ is awarded pre-judgment interest using interest rates based on the weekly average 1-year constant maturity Treasury yield in accordance with the Federal Reserve Board H.15 Selected Interest Rates table, compounded, for past unpaid benefits described in paragraph 1 above, not paid to date, up to and including the date Judgment is entered.
5. Plaintiff ROBERT G. ALCARAZ is awarded post-judgment interest pursuant to 28 U.S.C. § 1961.

IT IS SO ORDERED.

DATED:    February 29, 2008

*[signature: James V. Selna]*

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE